

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Leo Prieto, individually, and on behalf of all others similarly situated, Plaintiff,

v.

TCF National Bank and TCF Financial Corporation, Defendants

**08CV74**
**JUDGE LEFKOW**
**MAG. JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leo Prieto, individually and on behalf of all others similarly situated

FILED JAN - 4 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

| SIGNATURE | |
|---|---|
| *[signature]* | |
| **FIRM** | |
| The Law Office of Baltazar Mendoza, P.C. | |
| **STREET ADDRESS** | |
| 3701 S. Halsted | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60609 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6275512 | 773-927-8301 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |