# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                              Case Number: 08 C 74

Leo Prieto, individually and on behalf of all others similarly situated
v.
TCF National Bank and TCF Financial Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TCF National Bank and TCF Financial Corporation

| |
|---|
| NAME (Type or print)<br>Frederic R. Klein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ /s/ Frederic R. Klein |
| FIRM<br>Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |
| STREET ADDRESS<br>55 E. Monroe, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03127304 | 312-201-4000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓        APPOINTED COUNSEL ☐