IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEO PRIETO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TCF NATIONAL BANK and TCF FINANCIAL CORPORATION,<br><br>Defendants. | ) <br>) <br>) No. 08 C 74 <br>) <br>) Judge Lefkow <br>) <br>) Magistrate Judge Cole <br>) <br>) <br>) |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT
AND TO RESET SCHEDULING CONFERENCE**

Plaintiff Leo Prieto ("Plaintiff") and Defendants TCF National Bank and TCF Financial Corporation (collectively, "TCF"), by their undersigned counsel, respectively move the Court to allow TCF an additional 14 days to file its answer or otherwise plead to Plaintiff's Class Action Complaint ("Complaint") and to reset the April 8, 2008 Scheduling Conference. In support thereof, the Parties state as follows:

1. Plaintiff brings this putative class action under the Electronic Funds Transfer Act, 15 U.S.C. § 1681, *et seq.*, its implementing regulations, 12 C.F.R. § 205, *et seq.*, and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, based on the allegation that TCF provided him with an inaccurate notice regarding its withdrawal limits during cash withdrawal transactions that he initiated at a TCF-owned automated teller machine.

2. The Parties appeared for an initial status hearing on February 21, 2008. At the status hearing, the Court set a schedule requiring TCF to file its answer or plead to the Complaint by March 31, 2008, and requiring the Parties to appear for a Scheduling Conference on April 8, 2008.

3. The Parties, however, are currently engaged in settlement discussions, which they expect to complete within 14 days. In the event that a settlement cannot be reached, TCF will file its answer or otherwise plead to the Complaint by April 14, 2008. To accommodate this revised schedule and to permit the Parties to focus on settlement, the Parties request that the April 8, 2008 Scheduling Conference be stricken and reset to April 29 or as soon thereafter as the Court's schedule will allow.

**WHEREFORE**, for the foregoing reasons, Plaintiff Leo Prieto and Defendants TCF National Bank and TCF Financial Corporation respectfully request that the Court grant the Joint Motion for Enlargement of Time to File Answer or Otherwise Plead to the Complaint and to Reset Scheduling Conference, permitting Defendants to file an answer or plead to the Complaint by April 14, 2008 and resetting the April 8, 2008 Scheduling Conference to April 29, 2008.

Dated: March 28, 2008

| | |
|---|---|
| Respectfully submitted, | |
| Plaintiff Leo Prieto | Defendants TCF National Bank and TCF Financial Corporation |
| By: /s/ Baltazar Mendoza | By: /s/ David R. Lidow |
| | One of Their Attorneys |
| Law Offices of Baltazar Mendoza P.C.<br>3701 S. Halsted St.<br>Chicago, IL 60609<br>(773) 927-8301 | Frederic R. Klein<br>Roger A. Lewis<br>David R. Lidow<br>GOLDBERG, KOHN, BELL, BLACK,<br>  ROSENBLOOM & MORITZ, LTD.<br>55 East Monroe Street<br>Suite 3300<br>Chicago, Illinois  60603<br>(312) 201-4000 phone<br>(312) 332-2196 fax |