IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEO PRIETO, individually and on behalf of all others similarly situated,  )<br>)<br>) | <br>No. 08 C 74 |
| Plaintiff,  ) | |
| ) | Judge Lefkow |
| v.  ) | |
| ) | Magistrate Judge Cole |
| TCF NATIONAL BANK and TCF FINANCIAL CORPORATION,  )<br>)<br>) | |
| Defendants.  ) | |

### NOTICE OF MOTION

TO: Baltazar Mendoza
Law Offices of Baltazar Mendoza P.C.
3701 S. Halsted St.
Chicago, IL 60609

PLEASE TAKE NOTICE that on Thursday, April 3, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan Humphrey Lefkow in Courtroom 1925 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present a **Joint Motion for Enlargement of Time to File Answer or Otherwise Plead to Plaintiff's Complaint and to Reset Scheduling Conference,** a copy of which was electronically filed and served herewith.

Dated: March 28, 2008           TCF NATIONAL BANK and
                                           TCF FINANCIAL CORPORATION

                                           By: /s/ David R. Lidow
                                                  One of Their Attorneys

                                           Frederic R. Klein
                                           Roger A. Lewis
                                           David R. Lidow
                                           GOLDBERG, KOHN, BELL, BLACK,
                                             ROSENBLOOM & MORITZ, LTD.
                                           55 East Monroe Street
                                           Suite 3300
                                           Chicago, Illinois 60603
                                           (312) 201-4000 phone
                                           (312) 332-2196 fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 28, 2008, he caused a true and correct copy of the foregoing **Notice of Motion** and **Joint Motion for Enlargement of Time to File Answer or Otherwise Plead to Plaintiff's Complaint and to Reset Scheduling Conference** to be served upon the following through the Court's electronic notification system and by U.S. First Class Mail:

>Baltazar Mendoza, Esq.
>Law Offices of Baltazar Mendoza P.C.
>3701 S. Halsted St.
>Chicago, IL 60609

/s/ David R. Lidow