IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEO PRIETO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TCF NATIONAL BANK and TCF FINANCIAL CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) No. 08 C 74 <br> ) <br> ) Judge Lefkow <br> ) <br> ) Magistrate Judge Cole <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL OF ALL CLAIMS PURSUANT TO SETTLEMENT

Come now the parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal of all claims, pursuant to settlement, as follows:

(1)  All claims in this litigation brought by the Plaintiff, Leo Prieto, in his individual capacity, are hereby dismissed with prejudice;

(2)  All claims in this litigation brought by Plaintiff, Leo Prieto, in his capacity as a representative for the absent class members, are hereby dismissed without prejudice; and

(3)  Each party shall pay its own costs and attorneys' fees.

Dated: May 5, 2008

| | |
|---|---|
| Plaintiff Leo Prieto | Defendants TCF National Bank and TCF Financial Corporation |
| By: /s/ Baltazar Mendoza <br>     His Attorney | By: /s/ David R. Lidow <br>     One of Their Attorneys |
| Law Offices of Baltazar Mendoza P.C. <br> 3701 S. Halsted St. <br> Chicago, IL 60609 <br> (773) 927-8301 | Frederic R. Klein <br> Roger A. Lewis <br> David R. Lidow <br> GOLDBERG, KOHN, BELL, BLACK, <br>   ROSENBLOOM & MORITZ, LTD. <br> 55 East Monroe Street, Suite 3300 <br> Chicago, Illinois  60603 <br> (312) 201-4000 phone |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 5, 2008, he caused a true and correct copy of the foregoing **Stipulation of Dismissal of All Claims Pursuant to Settlement** to be served upon the following through the Court's electronic notification system and by Federal Express:

> Baltazar Mendoza, Esq.
> Law Offices of Baltazar Mendoza P.C.
> 3701 S. Halsted St.
> Chicago, IL 60609

/s/ David R. Lidow