**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Leo Prieto
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00074
                                                Honorable Joan H. Lefkow

TCF National Bank, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

   MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing stricken. Pursuant to Stipulation of Dismissal of all Claims Pursuant to Settlement [16], all claims in this litigation brought by plaintiff, Leo Prieto, in his individual capacity, are hereby dismissed with prejudice, and all claims in this litigation brought by plaintiff, Leo Prieto, in his capacity as a representative for the absent class members, are hereby dismissed without prejudice. Each party shall pay its own costs and attorneys' fees. Case dismissed. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.